In the Matter of CHILDS COMPANY et al., Appellants. MICHAEL J. MURPHY, as Acting Industrial Commissioner, Respondent.

Argued February 20, 1947; decided April 11, 1947.

*Samuel S. Allan* and *Lester Samuels* for appellants.

*Nathaniel L. Goldstein, Attorney-General* (*Francis R. Curran, Wendell P. Brown* and *Otto W. G. Marquard* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.